# Court of Appeals
# of the State of Georgia

ATLANTA,  April 30, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0941.  JOHN M. GRIFFIN v. U.S. CAVALRY, INC. ET AL.**

The APPELLEES' "Motion to Dismiss Plaintiff-Appellant's Appeal as Moot," filed on February 8, 2019, in the above-styled case is hereby GRANTED. Because the Appellant does not challenge the superior court's dismissal with prejudice of the Appellant's action against all defendants, see OCGA § 9-11-37 (b) (2) (C), our review of that court's summary judgment rulings would not affect the proceedings below. See OCGA § 5-6-34 (d); *In the Interest of T. H.*, 319 Ga. App. 216, 218 (735 SE2d 287) (2012). Therefore, the Appellant's challenges to the superior court's summary judgment rulings are moot. See OCGA § 5-6-48 (b); *Bd. of Trustees &c. of Ga. v. Kenworthy*, 253 Ga. 554, 557 (322 SE2d 720) (1984); *Hackney v. American Prescription Providers of Ga.*, 258 Ga. App. 130 (572 SE2d 765) (2002).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/30/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*